```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17954
   YASIN ABDULLAH NOBLIN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8502


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/01/2007 and was confirmed 11/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 07/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
NATIONWIDE CASSEL LLC    SECURED VEHIC    2226.00           55.34         553.45
SECOND CHANCE VISA       PRIORITY         NOT FILED           .00            .00
US CELLULAR CHICAGO      UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          663.00            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          176.37            .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED          536.85            .00            .00
CITY CHICAGO DEPT OF REV UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED        NOT FILED           .00            .00
COMCAST                  UNSECURED        NOT FILED           .00            .00
SPRINT COMMUNICATION     UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
HSBC/TAX                 UNSECURED          388.90            .00            .00
LA GRANGE MEMORIA        UNSECURED        NOT FILED           .00            .00
CHRIST MEDICAL CENTER    UNSECURED        NOT FILED           .00            .00
SBC                      UNSECURED        NOT FILED           .00            .00
B-REAL LLC               UNSECURED          164.00            .00            .00
NICOR GAS                UNSECURED        NOT FILED           .00            .00
NICOR GAS                UNSECURED        NOT FILED           .00            .00
B-REAL LLC               UNSECURED           95.00            .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
VILLAGE OF JUSTICE       UNSECURED        NOT FILED           .00            .00
RMI/MCSI                 UNSECURED         1215.00            .00            .00
ECMC                     UNSECURED         2625.00            .00            .00
ECMC                     UNSECURED         4170.13            .00            .00
NATIONWIDE LOANS LIMITED UNSECURED         1820.00            .00            .00
NATIONWIDE CASSEL LLC    UNSECURED           39.88            .00            .00
INTERNAL REVENUE SERVICE PRIORITY          3523.57            .00          30.24
INTERNAL REVENUE SERVICE UNSECURED          121.00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17954 YASIN ABDULLAH NOBLIN
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED       30.00            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        30.69            .00            .00
B-REAL LLC                UNSECURED      101.00            .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY  3,000.00                        267.33
TOM VAUGHN                TRUSTEE                                       68.64
DEBTOR REFUND             REFUND                                          .00

      Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                    975.00

PRIORITY                                      30.24
SECURED                                      553.45
    INTEREST                                  55.34
UNSECURED                                       .00
ADMINISTRATIVE                               267.33
TRUSTEE COMPENSATION                          68.64
DEBTOR REFUND                                   .00
                         --------------    --------------
TOTALS                     975.00            975.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE